Marian F. Harrison
US Bankruptcy Judge

Dated: 1/19/2021

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: THOMAS STONER<br>WANDA STONER<br>6963 CALDERWOOD DRIVE<br>ANTIOCH, TN 37013 | CASE NO.: 3:16-bk-00516<br>CHAPTER 13<br>JUDGE: HARRISON |
| Debtors:<br>SSN(1): XXX-XX-7438 | SSN(2): XXX-XX-3000 |

### AGREED ORDER GRANTING DEBTORS' MOTION TO MODIFY PLAN TO SUSPEND PAYMENTS

Debtors filed a Motion for Suspension. Notice was mailed pursuant to LBR 9013-1 and objection was filed by Henry E. Hildebrand, III, the Chapter 13 Trustee. An Agreement was reached prior to the call of the docket set to be heard on January 20, 2021.

**IT IS ORDERED** that the Motion to Modify the Plan to Suspend Payments is granted.

1. The Debtors' Chapter 13 plan payment shall be suspended for 60 days.

2. Any money remitted to the Chapter 13 Trustee by the employer shall be refunded to the Debtor.

3. The unsecured creditors will continue to receive a minimum dividend of 20%, as confirmed.

4. The Debtors will be unable to make the mortgage payment owed to MGC Mortgage, the HOA payments owed to Indian Creek Estates, and auto loan payments due to One Main Financial or Title Max during the suspension period. Debtors' plan payments will remain the same after the suspension.

5. The Debtors' chapter 13 plan will extend an additional 4 months and the base will increase by 4 mortgage payments (if necessary) to ensure a 60-month plan completion.

6. The base will increase to $219,200.00.

7. The Debtors will attend the Trustee's Financial Management workshop within 75 days of the course being reopened.

8. Debtor shall resume payments in accordance with the confirmed Chapter 13 Plan after the suspension.

9. New Employment may cause an increase in the Chapter 13 payment.

10. 60-day suspension is effective upon the months of December 2020 and January 2021.

*** THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE ***

~~DRAFT~~

APPROVED FOR ENTRY:

/s/ Mark Podis
Mark Podis #012216
Attorney for Debtor
1161 Murfreesboro Road Ste 300
Nashville, TN  37217
Phone (615) 399-3800
Facsimile (615) 399-9794
E-mail PodisBankruptcy@aol.com

/s/ Henry E Hildebrand, III

Digitally signed by Henry E Hildebrand, III
DN: CN="Henry E Hildebrand, III",
E=aoecf@ch13nsh.com
Reason: I am the author of this document
Location: your signing location here
Date: 2021-01-18 10:21:18
Foxit Reader Version: 9.6.0

Henry Hildebrand III
Chapter 13 Trustee
PO Box 340019
Nashville, TN 37203
615-244-1101 Telephone
615-242-3241 Facsimile
Email AOECF@ch13nsh.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.